

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 4th, 2023

Re:     *1:23-cv-03098-KPF Toro v. Tensunits, Inc.*

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Failla:

**MEMO ENDORSED**

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for July 7th, 2023. Defendant has yet to appear and Plaintiff requests a 60 day adjournment to allow time for them to do so - proposing September 7th, 2023, or a date more convenient to the Court. This is the first time such relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

---

```
Application GRANTED.  The initial pretrial conference currently
scheduled for July 7, 2023, is hereby ADJOURNED to September 7,
2023, at 12:00 p.m.  The Clerk of Court is directed to terminate
the pending motion at docket number 7.

Dated:     July 5, 2023              SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE